# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00204-CV

### In re Meritage Homes of Texas, LLC

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Meritage Homes of Texas, LLC, has filed a petition for writ of injunction and an emergency motion for temporary relief. After reviewing the petition and motion, the record provided, and the real party in interest's response, we deny the petition for writ of injunction and the motion for temporary relief. *See* Tex. R. App. P. 52.8(a).[1]

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Filed: April 8, 2024

_____

[1] It should be noted that, in the related appeal styled *Meritage Homes of Texas, LLC v. Walther Family Limited Partnership et al.*, Cause No. 03-24-00201-CV, this Court has issued a stay of the judgment entered in the underlying case from which this original proceeding arises.